**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANNIE M. SCALES, | Case No. 2:15-CV-00369-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT and NEVADA STATE BOARD OF NURSING, | (Dkt. #3, #4) |
| Defendants. | |

On April 6, 2015, Magistrate Judge Koppe entered Report and Recommendation (Dkt. #4) recommending I dismiss this complaint because the plaintiff previously filed an identical complaint in 2:15-cv-00355-MMD-PAL.  Plaintiff Annie Scales did not file an objection to that Report and Recommendation.

I conducted a *de novo* review of the issues set forth in the Report and Recommendation. 28 U.S.C. § 636(b)(1).  Judge Koppe's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report and Recommendation (Dkt. #4) is accepted.

IT IS FURTHER ORDERED that this action is dismissed.

DATED this 8th day of July, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE